STATE OF NEW JERSEY v. LOUIS VAN DUYNE.

September 19, 1973. Petition and cross petition for certification denied.

WILLIAM B. KING v. SOUTH JERSEY NATIONAL BANK.

September 19, 1973. Certification to Law Division, Superior Court granted.

STATE OF NEW JERSEY v. CURTIS SIMS.

September 19, 1973. Certification to Essex County Court granted.

LOUISE ABRAHAMS v. CIVIL SERVICE COMMISSION, STATE OF NEW JERSEY, CITY OF NEWARK.

September 19, 1973. Certification to Civil Service Commission is granted.

STATE OF NEW JERSEY v. JOHN DE SANTIS.

September 19, 1973. Certification to Superior Court, Appellate Division granted.